**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

**IN RE:**

**CHESTER ANTONIO WRIGHT,**                              **CASE NO. 26-00882-5-JNC**
                                                         **CHAPTER 13**

        **DEBTOR**

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4

 **COMES NOW** S. Troy Staley, Chapter 13 Trustee duly appointed to administer the instant case (the "Trustee"), and hereby OBJECTS to Proof of Claim No. 4 filed by Santander Consumer USA Inc., d/b/a Chrysler Capital ("Creditor") in the amount of $12,740.87 for the following:

 The Creditor has failed to attach proof of a security interest as required by Federal Rule of Bankruptcy Procedure 3001.

 **WHEREFORE** the undersigned prays for an order reclassifying Proof of Claim No. 4 filed by Santander Consumer USA Inc., d/b/a Chrysler Capital in the amount of $12,740.87 to an allowed general unsecured claim, and for any other relief deemed appropriate under the circumstances.  In the alternative, the Trustee requests a hearing on the matter.

This the 16th day of April, 2026.    /s/ S. Troy Staley
             S. TROY STALEY
             Chapter 13 Trustee
             N.C. State Bar No. 43229
             /s/ Ashley Baxter Curry
             ASHLEY BAXTER CURRY
             Staff Attorney, Chapter 13 Trustee
             N.C. State Bar No. 39524
             Post Office Box 1618
             New Bern, North Carolina 28563-1618
             (252) 633-0074
             chapter13@ednc13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

CHESTER ANTONIO WRIGHT,                      CASE NO. 26-00882-5-JNC
                                             CHAPTER 13

      DEBTOR

**NOTICE OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4**

The Chapter 13 Trustee has filed papers with the Court seeking to reduce, modify, or eliminate your claim in the above-captioned Chapter 13 proceeding.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the objection, or if you want the Court to consider your views on the objection, then on or before **MAY 19, 2026**, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: **Clerk, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602.**

If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to: **S. Troy Staley, Chapter 13 Trustee, P.O. Box 1618, New Bern, NC 28563-1618.**

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

**DATED:** April 16th, 2026

                                      /s/ S. Troy Staley
                                        S. TROY STALEY
                                        Chapter 13 Trustee
                                        N.C. State Bar No. 43229
                                        /s/ Ashley Baxter Curry
                                        ASHLEY BAXTER CURRY
                                        Staff Attorney, Chapter 13 Trustee
                                        N.C. State Bar No. 39524
                                        Post Office Box 1618
                                        New Bern, North Carolina 28563-1618
                                        (252) 633-0074
                                        chapter13@ednc13.com

## CERTIFICATE OF SERVICE

I, Ashley Baxter Curry, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4** and **NOTICE OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Christian B. Felden                                    (via CM/ECF)
*Attorney for Debtor*

Chester A. Wright                                      (via U.S. Postal Service)
114 Toudle Ln.
Jacksonville, NC 28540
*Debtor*

Santander Consumer USA Inc.                    (via Certified Mail)
 d/b/a Chrysler Capital
Attn:  Managing Agent
P.O. Box 961275
Fort Worth, TX 76161-1275
*Creditor*

**DATED:** April 16, 2026

/s/ Ashley Baxter Curry
ASHLEY BAXTER CURRY
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 39524
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

3