**SO ORDERED.**

**SIGNED this 21 day of May, 2026.**

_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

CHESTER ANTONIO WRIGHT,                                    CASE NO. 26-00882-5-JNC
                                                          CHAPTER 13

      DEBTOR

<u>ORDER ALLOWING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 4</u>

**THIS MATTER** comes before the Court upon the Trustee's Objection to Proof of Claim No. 4 filed by Santander Consumer USA, Inc., d/b/a Chrysler Capital in the amount of $12,740.87 (the "Objection") in the above-referenced matter, and it appearing to the Court as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (B), and the Court may enter a final order.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Trustee has properly served the Objection and notice has been given.  Pursuant to the pleadings and other statements of record, the Trustee's Objection should be allowed.

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Proof of Claim No. 4 filed by Santander Consumer USA, Inc., d/b/a Chrysler Capital in the amount of $12,740.87 is hereby **RECLASSIFIED** to an allowed general unsecured claim.

**END OF DOCUMENT**